**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 17 2014



MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 13-10478 |
| Plaintiff - Appellee, | D.C. No. 2:13-cr-00653-GMS |
| v. | |
| SANTIAGO ARCE-RODRIGUEZ, | MEMORANDUM* |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
J. Frederick Motz, District Judge, Presiding**

Submitted June 12, 2014***

Before:     McKEOWN, WARDLAW, and M. SMITH, Circuit Judges.

Santiago Arce-Rodriguez appeals from his guilty-plea conviction and

18-month sentence for reentry of a removed alien, in violation of 8 U.S.C. § 1326;

---

*       This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

**       The Honorable J. Frederick Motz, Senior United States District Judge for the District of Maryland, sitting by designation.

***       The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

and from the district court's order denying his motion to extend time to file a notice of appeal. Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Arce-Rodriguez's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Arce-Rodriguez the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Treating Arce-Rodriguez's appeal as timely, our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**